IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARREY L. HART**                                                                                             **PLAINTIFF**
**ADC #109970**

V.                                    CASE NO.  4:23-cv-00385 JM

**BARBARA COLLINS, Business**
**Manager, Ester Unit,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 9th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE