# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DARREY L. HART**  **PLAINTIFF**
**ADC #109970**

**V.**     **CASE NO. 4:23-cv-00385 JM**

**BARBARA COLLINS, Business**
**Manager, Ester Unit,** *et al.*     **DEFENDANTS**

## ORDER

By Order issued on May 9, 2023, the Court dismissed Plaintiff Darrey Hart's Complaint without prejudice finding he had failed to state a federal claim and declining to exercise supplemental jurisdiction over his state law conversion claim. (Doc. 3). Hart now moves for reconsideration of that decision. (Doc. 6). The motion is DENIED. Hart has not provided any new information which warrants reconsideration under Fed. R. Civ. P. 60. The case is closed.

IT IS SO ORDERED this 30th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE